1  SARA RIEF, SBN: 227279
   LAW OFFICES OF HANLON & RIEF
2  179 11TH Street, 2nd Floor
   San Francisco, California 94103
3  (415) 864-5600

4  Attorneys for Defendant
   FELIX CHAVEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 12-MJ-70315 MAG-2 |
| ) | |
| Plaintiff, ) | **STIPULATION & [PROPOSED] ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| v. ) | |
| ) | |
| FELIX CHAVEZ, ) | |
| ) | |
| Defendant. ) | |

It is hereby Stipulated by both parties in the above-captioned matter that defendant herein, Felix Chavez be allowed to modify his pretrial release conditions as follows:

Mr. Chavez be allowed to travel within the Eastern District of California for purposes of visiting with his family. Mr. Chavez's family reside in the Eastern District and he would like permission to include travel within the Eastern District as part of his pretrial release conditions.

Ms. Kim, the Pretrial Services Officer assigned to this matter stated that she has no objection to the conditions being modified to allow Mr. Chavez's travel within the Eastern District.

///

///

///

*CHAVEZ: Stipulation & Proposed Order to Modify Pretrial Release Conditions*                    1

1   All other conditions of pretrial release remain the same.

2   Dated: April 9, 2013                s/Sara Rief, CSBN: 227279
                                         LAW OFFICES OF HANLON & RIEF
3                                        179 11th Street, 2nd Floor
                                         San Francisco, CA 94103
4                                        415/864-5600
                                         stuart@stuarthanlonlaw.com
5

6   Dated: April 9, 2013                s/Ben Tolkoff
                                         Assistant United States Attorney
7                                        Office of The United States Attorney
                                         Northern District of California
8                                        450 Golden Gate Avenue
                                         San Francisco, CA 94103
9                                        415/436-7200

## ORDER

By Stipulation of the parties,

**IT IS HEREBY ORDERED** that defendant Felix Chavez's pretrial release conditions be modified to allow him travel within the Eastern District as part of his pretrial release conditions.

All other conditions of pretrial release remain the same.

Dated: 4/11/13

MAGISTRATE JUDGE KANDIS A. WESTMORE
UNITED STATES DISTRICT COURT

*CHAVEZ: Stipulation & Proposed Order to Modify Pretrial Release Conditions*    2